**91–1610.** State v. Lucey. *Cuyahoga County,* No. 58545. On motion for leave to file memorandum in support instanter. Motion denied.

DOUGLAS, J., would dismiss the cause.

MOYER, C.J., and H. BROWN, J., dissent.

**91–1633.** Desario v. Indus. Excess Landfill, Inc. *Stark County,* Nos. CA–8346, CA–8348, CA–8350 and CA–8356. On motion for leave to exceed page limit. Motion denied.

MOYER, C.J., and DOUGLAS, J., dissent.

**91–1652.** Cincinnati v. Pub. Util. Comm. Public Utilities Commission, No. 91–377–EL–CSS. On motion to advance on docket. Motion denied.

MOYER, C.J., DOUGLAS and RESNICK, JJ., would also deny the alternate remedy.

**91–1774.** Cincinnati v. Pub. Util. Comm. Public Utilities Commission, No. 91–410–EL–AIR. On motion to advance on docket. Motion denied.

MOYER, C.J., DOUGLAS and RESNICK, JJ., would also deny the alternate remedy. On motion for leave to intervene of Columbus Southern Power Co. Motion granted.

**91–1795.** State v. Thrower. *Summit County,* No. 14967. On motion for leave to file memorandum in support instanter. Motion denied.

HOLMES and H. BROWN, JJ., dissent. On motion for leave to exceed page limit. Motion denied.

H. BROWN, J., dissents.

**91–1868.** State v. Starks. *Lucas County,* No. L–91–062. On motion for leave to file delayed appeal. Motion denied.

SWEENEY, DOUGLAS and H. BROWN, JJ., dissent.

**91–1869.** State v. Adams. *Washington County,* No. 90–CA–5. On motion for leave to file delayed appeal. Motion granted.

WRIGHT, J., dissents.

**91–1932.** State, ex rel. Citizens for a Better Beachwood, v. Cuyahoga Cty. Bd. of Elections. In Mandamus. On motion for alternate writs of prohibition and mandamus. Motion denied.

